JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v. -                        :            08 Cr.

JOSE RIVERA,                      :

          Defendant.       :

- - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 8 2008
```

INDICTMENT

**08 CRIM 100**

### COUNT ONE

The Grand Jury charges:

On or about January 4, 2008, in the Southern District of New York, JOSE RIVERA, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 11, 1995, in New York Supreme Court, Bronx County, for Criminal Possession of a Loaded Firearm in the Third Degree, a Class D felony, in violation of New York Penal Law 265.02(4), unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .25 caliber Hawes handgun, and ammunition, to wit, five rounds of .25 caliber ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### JOSE RIVERA,

### Defendant.

### INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

Post 11/1/87

2/8/08 - Fld Indictment, case assigned to Judge Rakoff for all purposes.

S/Keaton, J. U.S.M.J.