```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
UNITED STATES OF AMERICA                 :
                                         :
             -v-                         :     08 Cr. 100 (JSR)
                                         :
JOSE RIVERA,                             :        ORDER
                                         :
             Defendant.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Defendant moves to suppress physical evidence and statements. The motion is granted. An opinion explaining the reasons for this determination will issue in due course.

    Counsel for both parties are directed to jointly call the Court on Wednesday at 12:00 p.m. to discuss how the case will proceed.

    SO ORDERED.

                                                        JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08