Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Southern District of New York

United States v. Jose Rivera

Docket No.: 08 Cr. 100 (JSR) (ECF Case)

Jed S. Rakoff
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment [____], other [Order] of the District Court granting defendant's motion to suppress
(specify)

entered in this action on April 7, 2008
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [ ]

Date May 5, 2008

TO
David E. Patton, Esq.
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, New York  10007
(212) 417-8762

Howard S. Master
(Counsel for Appellant)

Address Assistant U.S. Attorney
U.S. Attorney's Office for the Southern Dist. of NY
One St. Andrew's Plaza, New York, NY 10007

Telephone Number: 212-637-2248

ADD ADDITIONAL PAGE (IF NECESSARY)

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of                                          Dates<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[ ] Sentencing _____<br>[ ] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE  /s/ Howard Master    DATE  May 5, 2008

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05