# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

JOSE RIVERA,

        Defendant.

- - - - - - - - - - - - - - - - x

STIPULATION

No. 08-2243-Cr

RECEIVED 2008 JUL -3 PM 1:03
US COURT OF APPEALS COUNTER 1

FILED JUL 18 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT

    IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by MICHAEL J. GARCIA, United States Attorney for the Southern District of New York, and Howard S. Master, Assistant United States Attorney, of counsel; and JOSE RIVERA, the defendant, by and through his attorney, John J. Byrnes, Esq., that the Government's Notice of Appeal in the above-captioned matter, filed on May 5, 2008, is hereby withdrawn.

Dated:    New York, New York
             July 2, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
    Howard S. Master
    Assistant United States Attorney

_____
John J. Byrnes, Esq.
Attorney for Defendant

SO ORDERED:

7/18/08
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By: _____
Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK